No. 114.  EX PARTE PEREZ.—Apelación procedente de la Corte de Distrito de San Juan.  Resuelto en Junio 10, 1904. Desistido á instancia de la parte apelante.  Abogado del apelante: *Sr. López Landrón.*

---

No. 43.  EX PARTE GARCÍA.  Apelación procedente de la Corte de Distrito de Arecibo.  Resuelto en Junio 10, 1904. Se declaró desierto el recurso por no haber comparecido la parte apelante.

---

No. 94.  PONCE RAILWAY AND LIGHT COMPANY *v.* LA COMPAÑÍA ANÓNIMA DE LA LUZ ELECTRICA DE PONCE.—Apelación procedente de la Corte de Distrito de Ponce.  Resuelto en Junio 15, 1904.  Desistido á instancia de la parte apelante. Abogado del apelante: *Sr. Savage.*

---

No. 45.  GIMENEZ *v.* SANTANA ET AL.—Apelación procedente de la Corte de Distrito de San Juan.    Resuelto en Junio 24, 1904.  Se declaró desierto el recurso por no haber comparecido la parte apelante

---

No. 2.  PIETRI *v.* SOTO NUSA ET AL.—Solicitud para que se decrete auto de *mandamus*.  Resuelto en Agosto 2, 1904. Denegada la solicitud.  Abogado del demandante: *Sr. Acosta (Angel).*

---

No. 39.  ARGUESO ET AL *v.* MULLENHOFF Y KORBER.—Apelación procedente de la Corte de Distrito de San Juan.  Resuelto en Agosto 8, 1904.  Desistido á instancia de la parte apelante.  Abogado del apelante: *Sr. López Landrón.*